# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                             Plaintiff<br><br>vs.<br><br>HEATHER KLINE f/k/a HEATHER L. ECK<br><br>                             Defendant | CIVIL ACTION NO. 17-00200 |

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 13th day of June 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Mortgage Foreclosure, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at 173 E. Main Street Rebersburg, PA 16872, it is hereby ORDERED, ADJUDGED AND DECREED:

That the Summons and Complaint in Mortgage Foreclosure be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

                                                             *s/ Matthew W. Brann*
                                                          J.