# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

HEATHER KLINE F/K/A HEATHER L. ECK, ET AL.,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-00200

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, JOSEPH CHIUSANO, JR., certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served HEATHER KLINE F/K/A HEATHER L. ECK the above process on the 21 day of June, 2017, at 8:01 o'clock, A.M, at 173 E. MAIN STREET REBERSBURG, PA 16872, County of Centre, Commonwealth of Pennsylvania:

Manner of Service:

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __PA__ )
                             ) SS:
County of __WASHINGTON__ )

Before me, the undersigned notary public, this day, personally, appeared __JOSEPH CHIUSANO JR__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-165381
Case ID #:4915834

Subscribed and sworn to before me this 30th day of June, 2017

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Terri L Meneely, Notary Public
North Union Twp., Fayette County
My Commission Expires April 14, 2020

_____
Notary Public

PCO-BA

# USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6523-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808779245<br>9171999991703808779245 | KLINE, f/k/a HEATHER L. ECK, HEATHER<br>P.O. Box 46<br>Petersburg, PA 16669 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808779252<br>9171999991703808779252 | KLINE, f/k/a HEATHER L. ECK, HEATHER<br>6332 McGuire Road<br>Alexandria, PA 16611 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808779269<br>9171999991703808779269 | KLINE, f/k/a HEATHER L. ECK, HEATHER<br>836 State Route 235<br>Millmont, PA 17845 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808779283<br>9171999991703808779283 | KLINE, f/k/a HEATHER L. ECK, HEATHER<br>173 W. Main Street<br>Rebersburg, PA 16872 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808779351<br>9171999991703808779351 | KLINE, f/k/a HEATHER L. ECK, HEATHER<br>173 E. Main Street<br>Rebersburg, PA 16872 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 5 | | 4.63 | 24.25 | | | 28.88 |
| Cumulative Totals | 5 | | 4.63 | 24.25 | | | 28.88 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____    Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C      Certified
ERR    Return Receipt

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee | | |
| 1. | TO HEATHER KLINE f/k/a HEATHER L. ECK KLINE, f/k/a HEATHER L. ECK, HEATHER<br>173 E. Main Street<br>Rebersburg, PA 16872 | | | | | | | | | | | | | |
| 2. | TO HEATHER KLINE f/k/a HEATHER L. ECK KLINE, f/k/a HEATHER L. ECK, HEATHER<br>836 State Route 235<br>Millmont, PA 17845 – 9568 | | | | | | | | | | | | | |
| 3. | TO HEATHER KLINE f/k/a HEATHER L. ECK KLINE, f/k/a HEATHER L. ECK, HEATHER<br>173 W. Main Street<br>Rebersburg, PA 16872 | | | | | | | | | | | | | |
| 4. | TO HEATHER KLINE f/k/a HEATHER L. ECK KLINE, f/k/a HEATHER L. ECK, HEATHER<br>6332 McGuire Road<br>Alexandria, PA 16611 | | | | | | | | | | | | | |
| 5. | TO HEATHER KLINE f/k/a HEATHER L. ECK KLINE, f/k/a HEATHER L. ECK, HEATHER<br>P.O. Box 46<br>Petersburg, PA 16669 | | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 JUN 19 2017
$ 002.44⁰

USPS CONTINENTAL STATION JUN 19 2017 PHILA PA 19106

Total Number of Pieces Listed by Sender (5) | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) 7CO-Brittni Augustin | Complete by Typewriter, Ink, or Ball Point Pen | See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-165381   Centre County   Sale Date:
HEATHER KLINE f/k/a HEATHER L. ECK