# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CASE NO. 4:17-CV-200 |
| **Plaintiff** | : |
| vs. | : |
| **HEATHER KLINE fka HEATHER L. ECK** | : |
| **Defendants** | : |

## DEFAULT

    Pursuant to request for entry of default filed July 19, 2017, default is hereby entered against Defendant Heather Kline f/k/a Heather L. Eck for failure to answer, plead or otherwise respond to the third party complaint in this matter.

                                      Peter Welsh, Acting Clerk of Court
                                      s/Lisa A. Gonsalves, Deputy Clerk

July 19, 2017