**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:17-cv-00200 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| HEATHER KLINE f/k/a HEATHER L. ECK, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE AND ORDER TO SHOW CAUSE

**AND NOW**, this 31st day of July, 2017, in recognition that:

1.    On February 2, 2017, Plaintiff, the United States of America, filed its Complaint in this action against the Defendant, Heather Kline f/k/a Heather L. Eck, ECF No. 1;

2.    On April 28, 2017, Plaintiff filed a Motion for Service by Posting Property and Certified Mail, ECF No. 4;

3.    The Court subsequently denied this Motion on May 15, 2017, but granted Plaintiff leave to refile within forty-five days upon exhaustion of good faith attempts at locating and serving Defendant, ECF No. 5;

4.   Plaintiff refiled this Motion on June 12, 2017 upon exhaustion of

     remaining efforts to locate and serve Defendant, ECF No. 6, and by

     Order dated June 13, 2017, this Court granted Plaintiff leave to serve

     Defendant by posting a copy of the summons and complaint on the

     property to be foreclosed in accordance with Federal Rule of Civil

     Procedure 4(e)(1) and Pennsylvania Rules of Civil Procedure 430(a)

     and 410(c)(2), ECF No. 7;

5.   Service of the Complaint was made upon the Defendant on June 21,

     2017, ECF No. 8;

6.   The Defendant has since failed to timely answer Plaintiff's

     Complaint;

7.   On July 19, 2017, the Clerk of Court entered Default as to the

     Defendant, ECF No. 13;

8.   On July 19, 2017, Plaintiff moved for entry of Default Judgment as to

     the claims advanced in its Complaint against the Defendant, ECF No.

     10;

9.   The Defendant has failed to make an appearance in this action;

10.  Plaintiff's claim is for $ 91,522.84 plus interest accruing upon the

     unpaid balance at a daily rate of $ 11.38 due on a May 8, 2003 loan

from the United States Department of Agriculture with a principal balance of $61,093.42, ECF No. 10 at 2;

11.     Accordingly, Plaintiff's claim "is for a sum certain or a sum that can be made certain by computation" as contemplated by Federal Rule of Civil Procedure 55(b)(1); and

12.     Counsel for Plaintiff swears that, upon reasonable investigation, the Defendant is not believed to be presently in the military service of the United States, ECF No. 12;

**IT IS HEREBY ORDERED** that the Defendant, within twenty-one (21) days of this Notice and Order to Show Cause and no later than **August 21, 2017 at 5:00 p.m.**, shall **SHOW CAUSE** as to why this Court should not grant Plaintiff's Motion for Default Judgment.  In the event that the Defendant fails to show cause, the Defendant is **NOTICED** that this Court will grant Plaintiff's Motion for Default Judgment in full and will immediately award Plaintiff the entirety of the relief it seeks.

**IT IS FURTHER ORDERED** that the Plaintiff serve a copy of this Order on Defendant by posting on the property to be foreclosed and through regular and certified mail to the Defendant's last known address at:

Heather Kline
173 E. Main Street
Rebersburg, PA 16872

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge