**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-00200 |
| DEFENDANT | TYPE OF PROCESS |
| HEATHER KLINE f/k/a HEATHER L. ECK | Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HEATHER KLINE f/k/a HEATHER L. ECK

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
173 East Main Street, Rebersburg, PA. 16872 (Centre County)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

FILED
HARRISBURG, PA
JAN 04 2018
Per ___ Deputy Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Minimum Bid: $7,599.00

Sale: January 03, 2018 at 11:00 a.m.    Centre County Courthouse: Allegheny & High Streets, Bellefonte, PA. 16823

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 215-627-1322 | DATE 12/28/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk | Date 12/28/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 1/3/18 | Time 11:00 | ☒ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $162.50 | Total Mileage Charges including endeavors $17.85 | Forwarding Fee — | Total Charges $180.35 | Advance Deposits — | Amount owed to U.S. Marshal* or (Amount of Refund*) $180.35 |
|---|---|---|---|---|---|

REMARKS: 1 Dusm 2½ hrs. 105 miles round trip.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13